█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG BURROUGHS, Appellant. [638 NYS2d 266] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that County Court erred in denying his motion to withdraw his guilty plea. The decision to permit a defendant to withdraw a guilty plea rests in the sound discretion of the court *(see, People v Frederick,* 45 NY2d 520, 524-525; *People v Cantu,* 202 AD2d 1033). Defendant's generalized assertion of

innocence is unsupported by the record and is insufficient to entitle defendant to withdraw his plea *(see, People v Cantu, supra; People v Rancka,* 193 AD2d 1123, 1124, *lv denied* 82 NY2d 725; *People v McNair* [appeal No. 1], 186 AD2d 1089, *lv denied* 80 NY2d 1028). (Appeal from Judgment of Erie County Court, Rogowski, J.—Attempted Robbery, 3rd Degree.) Present—Denman, P. J., Pine, Wesley, Callahan and Boehm, JJ.